UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

-v-

MADAME ROUGE CORPORATION,
d/b/a MADAME ROUGE NY BISTRO
BAR, *et al.*,

Defendants.

25-CV-9093 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiff Namel Norris and Individual Defendants

Steven J. Shore and Sandra J. Shore have reached a settlement in principle. Accordingly, it is

hereby ORDERED that this action is discontinued without prejudice and without costs as to the

Individual Defendants; provided, however, that within 60 days after the date of this Order, (1)

Plaintiff may apply by letter motion to reopen this action against the Individual Defendants in the

event that the settlement is not consummated, and (2) the parties may submit their own

stipulation of settlement and dismissal for the Court to so-order. If no application to reopen is

filed within 60 days after the date of this Order, then (1) all claims in this case against the

Individual Defendants shall be deemed dismissed with prejudice (unless otherwise specified in

the parties' stipulation of dismissal), and (2) any application to reopen will be denied as

untimely. Any current deadlines relating to the Individual Defendants are adjourned *sine die*.

The pending motions to dismiss are DENIED as moot.

The remaining parties shall file a proposed case management plan in compliance with

this Court's Individual Rules in Civil Cases within 14 days.

The Clerk of Court is directed to terminate the pending motions at ECF Nos. 11, 12, 13, 14, and 27 and to terminate Defendants Steven J. Shore and Sandra J. Shore as parties.

SO ORDERED.

Dated: June 25, 2026
      New York, New York

                                       J. PAUL OETKEN
                               United States District Judge